IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-cv-00671-D

|  |  |
|---|---|
| ANDREW STUTFIELD ROGERS, <br><br> *Plaintiff*, <br><br> vs. <br><br> KEFFER, INC., d/b/a KEFFER CHRYSLER JEEP DODGE, a North Carolina Corporation, SUNTRUST BANK, a Georgia Corporation, ELITE SKIPPERS, INC., a Georgia Corporation, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION d/b/a CHASE, a Virginia Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, and TRANS UNION, LLC, a Delaware Limited Liability Company, <br><br> *Defendants*. | **ORDER** |

**THIS MATTER,** coming before the Court upon the *Consent Motion for Modification of Deadlines in Scheduling Order* ("Motion") filed by Plaintiff ANDREW STUTFIELD ROGERS ("Plaintiff"); for good cause shown and upon the consent of Defendants KEFFER, INC. ("Defendant Keffer") and JPMORGAN CHASE BANK, N.A. ("Defendant Chase"), the Motion is hereby **GRANTED** and the Scheduling Order [D.E. 55] entered by the Court on February 3, 2017, is modified as follows:

1. The deadline by which the reports from retained experts must be disclosed is extended for a period not less than thirty (30) days, up to and including May 8, 2017 (as opposed to April 7, 2017);

2. The deadline by which any rebuttal reports from retained experts must be disclosed is extended for a period not less than thirty (30) days, up to and including June 6, 2017 (as opposed to May 7, 2017);

3. The deadline by which discovery shall be completed is extended for a period not less than thirty (30) days, up to and including July 3, 2017 (as opposed to June 2, 2017); and

4. The deadline by which all dispositive motions must be filed is extended for a period not less than thirty (30) days, up to and including August 14, 2017 (as opposed to July 14, 2017).

The remainder of the scheduling order is unchanged.

SO ORDERED. This 11 day of April 2017.

JAMES C. DEVER III
Chief United States District Judge