IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-CV-00671-D

| | |
|---|---|
| ANDREW S. ROGERS,<br><br>*Plaintiff*,<br><br>v.<br><br>KEFFER, INC., d/b/a KEFFER CHRYSLER JEEP DODGE, a North Carolina Corporation, SUNTRUST BANK, a Georgia Corporation, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION d/b/a CHASE, a Virginia Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, and TRANS UNION, LLC, a Delaware Limited Liability Company,<br><br>*Defendants*. | **ORDER** |

**THIS MATTER,** coming before the Court upon the *Consent Motion for Modification of Scheduling Order* ("Motion") filed by Plaintiff ANDREW STUTFIELD ROGERS ("Plaintiff"); for good cause shown and upon the consent of Defendants KEFFER, INC. ("Defendant Keffer") and JPMORGAN CHASE BANK, N.A. ("Defendant Chase"), the Motion is hereby **GRANTED** and the Scheduling Order [D.E. 55] entered by the Court on February 3, 2017, as amended by the Order [D.E. 65] entered by on April 11, 2017, is modified as follows:

1. The deadline by which discovery shall be completed is extended for a period not less than fourteen (14) days, up to and including July 17, 2017 (as opposed to July 3, 2017);

2. Establishing August 11, 2017, as the deadline by which the mediated settlement conference shall be completed in the above-captioned matter; and

3. The deadline by which all dispositive motions must be filed is extended for a period not less than thirty (30) days, up to and including September 14, 2017 (as opposed to August 14, 2017).

**SO ORDERED** this, the  29  day of June, 2017.

THE HONORABLE JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE